ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:17-cv-00087-MMD-WGC |
| TOWNHOUSE GREENS ASSOCIATION, INC. and THUNDER PROPERTIES, INC., | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT**
**(Second Request)**

COMES NOW, Defendants, THUNDER PROPERTIES, INC. and TOWNHOUSE GREENS ASSOCIATION, INC.; and Plaintiff, BANK OF AMERICA, N.A., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On April 2, 2019, Plaintiff filed a Motion for Partial Summary Judgment herein [ECF #40]. Responses to said Motion are were originally due on April 23, 2019.

2. On April 23, 2019, the parties submitted a stipulation to extend the time to respond to the subject motion until May 14, 2019. [ECF #41]. Said stipulation was approved by the Court on the same date. [ECF #42].

3. The parties continue to be engaged in settlement discussions and prefer to devote their time and resources to an effort to amicably resolve the instant matter prior to

engaging in further litigation.

4. In addition, Defendants' counsel have been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare responses.

5. Defendants shall be granted an additional extension of time until May 28, 2019, in which to respond to the Plaintiff's Motion for Partial Summary Judgment.

6. Plaintiff shall have an extension of time until June 11, 2019 in which to file any Replies.

7. This Stipulation is made in good faith and not for purpose of delay.

Dated this  13th  day of May, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Defendant*** <br> ***Thunder Properties, Inc.*** | /s/ *Melanie D. Morgan* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> (702) 634-5000 <br> donna.wittig@akerman.com <br> ***Attorney for Plaintiff*** <br> ***Bank of America, N.A.*** |

TYSON & MENDES LLP

/s/ *Christopher A. Lund*
CHRISTOPHER AMMON LUND, ESQ.
Nevada Bar No. 12435
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702-724-2648
clund@tysonmendes.com
***Attorney for Defendant***
***Townhouse Greens Association, Inc.***

**IT IS SO ORDERED**

By: _____
Judge, U.S. District Court

Dated:  May 15, 2019

336 Smithridge Park

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____14th____ day of May, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT (Second Request)** to the following parties:

Rex D. Garner
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5007
702-380-8572 (fax)
rex.garner@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Melanie D Morgan
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5005
(702) 380-8572 (fax)
melanie.morgan@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Donna M. Wittig
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5000
donna.wittig@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Christopher Ammon Lund
Tyson & Mendes LLP
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702-724-2648
702-938-1048 (fax)
clund@tysonmendes.com
*Attorney for Defendant*
*Townhouse Greens Association, Inc.*

Thomas E. McGrath
Tyson & Mendes, LLP
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702-724-2648
702-938-1048 (fax)
tmcgrath@tysonmendes.com
*Attorney for Defendant*
*Townhouse Greens Association, Inc.*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

336 Smithridge Park