1  ROGER P. CROTEAU, ESQ.
   Nevada Bar No. 4958
2  TIMOTHY E. RHODA, ESQ.
   Nevada Bar No. 7878
3  ROGER P. CROTEAU & ASSOCIATES, LTD.
   9120 West Post Road, Suite 100
4  Las Vegas, Nevada 89148
   (702) 254-7775
5  (702) 228-7719 (facsimile)
   croteaulaw@croteaulaw.com
6  *Attorney for Defendant*
   **THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> TOWNHOUSE GREENS ASSOCIATION, INC. and THUNDER PROPERTIES, INC., <br><br> Defendants. | Case No. 3:17-cv-00087-MMD-WGC |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT**
(Third Request)

COMES NOW, Defendant, THUNDER PROPERTIES, INC. and Plaintiff, BANK OF AMERICA, N.A., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On April 2, 2019, Plaintiff filed a Motion for Partial Summary Judgment herein [ECF #40]. Responses to said Motion are were originally due on April 23, 2019.

2. On April 23, 2019, the parties submitted a stipulation to extend the time to respond to the subject motion until May 14, 2019. [ECF #41]. Said stipulation was approved by the Court on the same date. [ECF #42].

3. On May 14, 2019, the parties submitted a second stipulation to extend the time to respond to the subject motion until May 28, 2019. [ECF #43]. Said stipulation

was approved by the Court on May 15, 2019. [ECF #44].

4. Thunder's counsel was required to devote time and attention to numerous other pending legal matters between May 14, 2019 and May 28, 2019. As a result, counsel was unable to file Thunder's Opposition to the subject Motion prior to May 28, 2019. The Opposition has been filed concurrently with this stipulation. [ECF #46].

5. Thunder's counsel respectfully submits that the failure to timely file the Opposition was the result of excusable neglect and that this matter should be decided on the merits.

6. The parties stipulate and agree that Thunder's Opposition which is being filed concurrently herewith on May 30, 2019, shall be deemed timely filed.

7. Plaintiff shall have an extension of time until June 17, 2019 in which to file any Reply.

8. This Stipulation is made in good faith and not for purpose of delay.

Dated this   30th   day of May, 2019.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*Thunder Properties, Inc.*

AKERMAN, LLP

/s/ *Donna M. Wittig*
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5000
donna.wittig@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

**IT IS SO ORDERED.**

By: _____
    Judge, U.S. District Court

Dated: June 4, 2019

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___30th___ day of May, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT (Third Request)** to the following parties:

Rex D. Garner
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5007
702-380-8572 (fax)
rex.garner@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Melanie D Morgan
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5005
(702) 380-8572 (fax)
melanie.morgan@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Donna M. Wittig
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5000
donna.wittig@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Christopher Ammon Lund
Tyson & Mendes LLP
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702-724-2648
702-938-1048 (fax)
clund@tysonmendes.com
*Attorney for Defendant*
*Townhouse Greens Association, Inc.*

Thomas E. McGrath
Tyson & Mendes, LLP
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702-724-2648
702-938-1048 (fax)
tmcgrath@tysonmendes.com
*Attorney for Defendant*
*Townhouse Greens Association, Inc.*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

336 Smithridge Park