DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: holly.walker@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 3:17-cv-00087-MMD-WGC |
| Plaintiff, | |
| vs. | **ORDER GRANTING BANK OF AMERICA, N.A.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 40]** |
| TOWNHOUSE GREENS ASSOCIATION, INC. and THUNDER PROPERTIES, INC., | |
| Defendants. | |

Plaintiff Bank of America, N.A. (**BANA**)'s motion for partial summary judgment, ECF No. 40, came on for hearing on February 4, 2020. For the reasons stated on the record, the court GRANTS BANA summary judgment on its first claim for quiet title/declaratory relief against defendant Thunder Properties, Inc. The court finds Thunder's title to the property is subject to the deed of trust executed by Mario Rojas-Becerril and Josefina Rojas, dated July 24, 2009 and recorded with the Washoe County Recorder on July 30, 2009, as Instrument No. 3786603 (the **deed of trust**). The deed of trust continues to encumber the property and is superior to any right, title, interest, lien, equity or estate of Thunder, and was not extinguished by defendant Townhouse Greens Association, Inc.'s foreclosure sale.

///

51864929;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED Thunder's title to the property located at 336 Smithridge Park, Reno, Nevada 89502, and more particularly described as:

PARCEL 1:

LOT 336, OF SMITHRIDGE PARK TOWNHOUSES NO. 3, UNIT NO. 2, ACCORDING TO THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON JULY 31, 1970.

PARCEL 2:

AN UNDIVIDED 1/32ND INTEREST IN AND TO LOT 313, THE "COMMON AREA" OF SMITHRIDGE PARK TOWNHOUSES NO. 3, UNIT NO. 2, ACCORDING TO THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA ON JULY 31, 1970.

TOGETHER WITH ALL AND SINGULAR THE TENEMENTS, HEREDITAMENTS AND APPURTENANCES THEREUNTO BELONGING OR IN ANYWISE APPERTAINING,

APN: 025-130-23, remains encumbered by the deed of trust.

Because the court finds the deed of trust was not extinguished by Townhouse Greens' foreclosure sale, the court dismisses all BANA's remaining claims as moot.

///
///
///
///
///
///
///
///
///
///
///
///

51864929;1

The court further orders the lis pendens recorded against the property related to this action, recorded with the Washoe County Recorder on February 22, 2017, as Instrument No. 4681775, is released.

Dated February 11____, 2020.

UNITED STATES DISTRICT COURT JUDGE
Case No.: 3:17-cv-00087-MMD-WGC

*Submitted by:*

**AKERMAN LLP**

*/s/ Holly E. Walker, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff Bank of America, N.A.*

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

51864929;1